Angel R. Sevilla (State Bar No. 239072)
Ralph Dimarucut (State Bar No. 356733)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Angel.Sevilla@jacksonlewis.com
E-mail:  Ralph.Dimarucut@jacksonlewis.com

Attorneys for Defendant
CONAGRA FOODS PACKAGED FOODS,
LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC, Delaware limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00795-DJC-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CONAGRA FOODS PACKAGED FOODS, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:  August 7, 2025<br>Time:  1:30 p.m.<br>Courtroom:   7, 14th Floor<br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed:  February 5, 2025<br>Date of Removal: March 11, 2025<br>Trial Date:        October 19, 2026 |

**[PROPOSED] ORDER**

Defendant Conagra Foods Packaged Foods, LLC's ("Defendant") Motion for Judgment on the Pleadings ("Motion"), came on for hearing on August 7, 2025, at 1:30 pm in Courtroom 7 of the above-entitled court located on the 14th Floor at 501 I Street, Sacramento, CA 95814.

Having considered Defendant's Motion, Plaintiff's Opposition, and Defendant's Reply thereto, the law, the pleadings on file, and the arguments of counsel, this Court is of the opinion

1

that Defendant's Motion for Judgment on the Pleadings is GRANTED.  The Court issues the following additional orders: _____

_____

_____

**IT IS SO ORDERED.**


DATE:_____                    By: _____
                                                 The Hon. Daniel J. Calabretta
                                                 United States District Judge


4897-8346-7850, v. 1

[PROPOSED] ORDER GRANTING DEFENDANT CONAGRA FOODS PACKAGED FOODS, LLC'S MOTION
FOR JUDGMENT ON THE PLEADINGS                                    Case No. 2:25-CV-00795