# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JAMIE MARTINEZ ,

                                v.

CONAGRA FOODS PACKAGED FOODS,
LLC ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:25–CV–00795–DJC–CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

   **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/21/2025 .**

ENTERED:    **August 21, 2025**          /s/  **Keith Holland**

                                                     Clerk of Court